Certificate Number: 17082-PAM-DE-041063031

Bankruptcy Case Number: 26-01548



17082-PAM-DE-041063031

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 5, 2026</u>, at <u>7:34</u> o'clock <u>PM MST</u>, <u>JAYME M MILES</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 5, 2026</u>          By:     <u>/s/Orsolya K Lazar</u>

                                  Name:  <u>Orsolya K Lazar</u>

                                  Title:  <u>Executive Director</u>