| IN RE: | : | BANKRUPTCY CASE NO. |
|---|---|---|
| | : | |
| CODY DANIEL MILES | : | **5:26-bk-01548** |
| JAYME MAE MILES | : | |
| | : | |
| DEBTOR(S) | : | |
| | : | |

## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE  NOTICE that the undersigned requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, for service of all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address and or email address below-stated.

PLEASE TAKE FURTHER NOTICE that a request is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address or email address set forth below.

Respectfully Submitted,

/s/John Fisher, Esquire
Law Office of John Fisher, LLC
126 South Main Street
Pittston, Pennsylvania  18640
Phone: 570-569-2154
Fax: 570-569-2167
Email: fisherlawoffice@yahoo.com
PA Supreme Court Identification #90550