United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01548-MJC
Cody Daniel Miles Chapter 7
Jayme Mae Miles
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Sep 10, 2026 Form ID: 318 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cody Daniel Miles, Jayme Mae Miles, 141 S Van Buren Ave, Scranton, PA 18504-2447 |
| cr | + | NET Federal Credit Union, 119 Mulberry Street, Scratnon, PA 18503-1207 |
| 5807590 | + | Blaine Stanton, 40 Destiny Lane, Factoryville, PA 18419-8105 |
| 5807594 | + | Commonwealth University PA, Williams & Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5807597 | | Foday Turay, Esq., Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 5807603 | + | NET Credit Union, 119 Mulberry St, Scranton, PA 18503-1207 |
| 5807605 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5807587 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 10 2026 19:21:45 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5807588 | | EDI: CITICORP | Sep 10 2026 23:05:00 | Best Buy/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5807589 | | EDI: CITICORP | Sep 10 2026 23:05:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5807591 | | EDI: CAPITALONE.COM | Sep 10 2026 23:05:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5807592 | | EDI: CAPITALONE.COM | Sep 10 2026 23:05:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5807593 | | EDI: WFNNB.COM | Sep 10 2026 23:05:00 | Comenity/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5807595 | | EDI: DISCOVER | Sep 10 2026 23:05:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5807596 | | Email/Text: EBN@edfinancial.com | Sep 10 2026 19:07:00 | Edfinancial Services, PO Box 30159, Knoxville, TN 37930-0159 |
| 5807598 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 19:21:45 | Indigo Celtic Bank, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5807599 | | EDI: JEFFERSONCAP.COM | Sep 10 2026 23:05:00 | Jefferson Capital Systems, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5807600 | + | Email/Text: bankruptcy.us@klarna.com | Sep 10 2026 19:08:00 | Klarna, 800 N High St, Suite 400, Columbus, OH 43215-1430 |
| 5807601 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 19:21:45 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |

| | | | | |
|---|---|---|---|---|
| 5807602 | ^ | MEBN | Sep 10 2026 19:07:47 | Michael J. Dougherty, Esq., Weltman, Weinberg & Reis Co LPA, 520 Walnut St, Philadelphia, PA 19106-3602 |
| 5807606 | | Email/Text: edbknotices@ecmc.org | Sep 10 2026 19:07:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5807604 | + | Email/Text: BAN5620@UCBINC.COM | Sep 10 2026 19:07:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Cody Daniel Miles usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Jayme Mae Miles usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cody Daniel Miles<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7695 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jayme Mae Miles<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1287 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01548–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cody Daniel Miles
aka Cody D Miles, aka Cody Miles

Jayme Mae Miles
aka Jayme M Miles, aka Jayme Miles, fka Jayme Rillstone

9/10/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**